# EXHIBIT C

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-292 LDH-CLP

## Amended PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cranbury Overseas Limited Liability Company
was received by me on *(date)* 01/21/2020 . 964 Sanford Ave Irvington, NJ 07083

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Marceline Ronio, Authorized Representative, who is designated by law to accept service of process on behalf of *(name of organization)* Cranbury Overseas Limited Liability Company on *(date)* 01/21/2020 at 11:00 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 5/28/2020

*Server's signature* 5-28-2020

Elvin Negron, Process Server
*Printed name and title*
101 Crawford Corner Rd,
Holmdel, NJ 07733
609.619.2330
subpoena served LLC
www.subpoenaserved.com
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons in a Civil Action, Complaint Jury Trial Demanded, Exhibit(s), Civil Cover Sheet

Description of Recipient: Female, African American, 38 yrs old, 5'8", 265 lbs, brown hair, brown eyes

Print  Save As...  Reset