# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARNO ENZERINK

                              Plaintiff,                              20-cv-00292-EK-CLP

-      against  –                           **CERTIFICATE OF DEFAULT**

CRANBURY OVERSEAS LIMITED
LIABILITY COMPANY,

                              Defendant.
------------------------------------------------------------X

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant CRANBURY OVERSEAS LIMITED LIABILITY COMPANY has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant CRANBURY OVERSEAS LIMITED LIABILITY COMPANY, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        June 9, 2020

                                                    DOUGLAS C. PALMER, Clerk of the Court
                                                    By:   *Jalitza Poveda*
                                                                Deputy Clerk