# EXHIBIT E


Help  Search  History  Titles  Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001884171
Search Results: Displaying 1 of 1 entries

previous  next



### *Group Registration Photos, Collection 2010, Published from January 2nd to...*

| | |
|---:|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001884171 / 2013-12-12 |
| **Application Title:** | Group Registration Photos, Collection 2010, Published from January 2nd to December 31st 2010, 485 photos. |
| **Title:** | Group Registration Photos, Collection 2010, Published from January 2nd to December 31st 2010, 485 photos. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Marinus Arnold Enzerink. Address: Lontoonkatu 9A29, Helsinki, 00560, Finland. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-01-02 |
| **Nation of First Publication:** | Finland |
| **Authorship on Application:** | Marinus Arnold Enzerink; Citizenship: Finland. Authorship: photograph(s) |
| **Rights and Permissions:** | Marinus Arnold Enzerink, Lontoonkatu 9A29, Helsinki, 00560, Finland, +358405773455, photos@arnoenzerink.com |
| **Copyright Note:** | Regarding publication: Range of publication dates is 1/2/2010-12/31/2010. |
| **Contents:** | fireworks4, Jan. 2, 2010; fireworks5, Jan. 2, 2010; |

fireworks6, Jan. 2, 2010; fireworks7, Jan. 2, 2010; dog_sign4, Jan. 2, 2010; neste3, Jan. 14, 2010; neste2, Jan. 14, 2010; nest1, Jan. 14, 2010; pole_snow, Jan. 14, 2010; bench_snow2, Jan. 31, 2010; bombay3, Feb. 21, 2010; cigarettes1, Mar. 22, 2010.

cigarettes2, Mar. 22, 2010; cola_can1, Mar. 22, 2010; cola_can2, Mar. 22, 2010; snow_shovel, Mar. 22, 2010; jotta1, Mar. 30, 2010; jotta2, Mar. 30, 2010; jotta3, Mar. 30, 2010; rose1, Mar. 30, 2010; flamingo_lily1, Mar. 30, 2010; flamingo_lily2, Mar. 30, 2010; youtube1, Mar. 30, 2010; twitter1, Mar. 30, 2010.

lumoflow1, Mar. 30, 2010; spotify1, Mar. 30, 2010; russian_blue5, Apr. 15, 2010; bunnies4, Apr. 15, 2010; bunnies3, Apr. 15, 2010; bunnies2, Apr. 15, 2010; bunnies1, Apr. 15, 2010; medical4, Apr. 15, 2010; medical3, Apr. 15, 2010; medical2, Apr. 15, 2010; medical1, Apr. 15, 2010; medical12, Apr. 15, 2010.

medical16, Apr. 15, 2010; medical15, Apr. 15, 2010; medical14, Apr. 15, 2010; medical13, Apr. 15, 2010; medical11, Apr. 15, 2010; medical10, Apr. 15, 2010; medical9, Apr. 15, 2010; medical8, Apr. 15, 2010; medical7, Apr. 15, 2010; medical6, Apr. 15, 2010; medical5, Apr. 15, 2010; medical21, Apr. 15, 2010.

medical20, Apr. 15, 2010; medical19, Apr. 15, 2010; medical18, Apr. 15, 2010; medical17, Apr. 15, 2010; medical28, Apr. 15, 2010; medical27, Apr. 15, 2010; medical26, Apr. 15, 2010; medical25, Apr. 15, 2010; medical24, Apr. 15, 2010; medical23, Apr. 15, 2010; medical22, Apr. 15, 2010; gas_cylinder4, Apr. 15, 2010.

gas_cylinder3, Apr. 15, 2010; gas_cylinder2, Apr. 15, 2010; gas_cylinder1, Apr. 15, 2010; medical31, Apr. 15, 2010; medical30, Apr. 15, 2010; medical29, Apr. 15, 2010; medical32, Apr. 15, 2010; medical33, Apr. 15, 2010; medical34, Apr. 15, 2010; medical35, Apr. 15, 2010; medical36, Apr. 15, 2010.

gas_cylinder5, Apr. 15, 2010; gas_cylinder6, Apr. 15, 2010; medical37, Apr. 15, 2010; medical38, Apr. 15, 2010; medical39, Apr. 15, 2010; medical40, Apr. 15, 2010; medical41, Apr. 15, 2010; medical42, Apr. 15, 2010; medical43, Apr. 15, 2010; medical44, Apr. 15, 2010; medical45, Apr. 15, 2010; medical46, Apr. 15, 2010.

stickers, Apr. 15, 2010; medical47, Apr. 15, 2010; medical48,

Apr. 15, 2010; medical49, Apr. 15, 2010; medical50, Apr. 15, 2010; medical51, Apr. 15, 2010; calculator_pen, Apr. 15, 2010; table_set4, Apr. 15, 2010; table_set3, Apr. 15, 2010; table_set2, Apr. 15, 2010; table_set1, Apr. 15, 2010; chocolates2, Apr. 15, 2010.

chocolates1, Apr. 15, 2010; table_set6, Apr. 15, 2010; table_set5, Apr. 15, 2010; rose2, Apr. 15, 2010; rose3, Apr. 15, 2010; rose4, Apr. 15, 2010; finnish_flag1, Apr. 15, 2010; finnish_flag2, Apr. 15, 2010; texture14, Apr. 15, 2010; texture13, Apr. 15, 2010; arrows_sign1, Apr. 15, 2010; house_street1, Apr. 15, 2010.

narcis1, Apr. 15, 2010; stop_with_sign1, Apr. 15, 2010; stop_without_sign1, Apr. 15, 2010; serie_sign1, Apr. 15, 2010; windmill1, Apr. 15, 2010; windmill2, Apr. 15, 2010; windmill3, Apr. 15, 2010; windmill4, Apr. 15, 2010; windmill5, Apr. 15, 2010; windmill6, Apr. 15, 2010; windmill7, Apr. 15, 2010; windmill8, Apr. 15, 2010.

watertower1, Apr. 15, 2010; orange_chair1, Apr. 15, 2010; orange_chair2, Apr. 15, 2010; orange_chair3, Apr. 15, 2010; teddybear7, Apr. 15, 2010; teddybear8, Apr. 15, 2010; teddybear6, Apr. 15, 2010; uusikaupunki_church1, Apr. 15, 2010; thornes1, Apr. 15, 2010; ropes, Apr. 15, 2010; fishing_boats1, Apr. 15, 2010.

fishing_boats2, Apr. 15, 2010; fishing_boats3, Apr. 15, 2010; fishing_boats4, Apr. 15, 2010; fishing_boats5, Apr. 15, 2010; fishing_boats6, Apr. 15, 2010; fishing_boats7, Apr. 15, 2010; fishing_nets1, Apr. 15, 2010; fishing_nets2, Apr. 15, 2010; fishing_nets3, Apr. 15, 2010; fishing_nets4, Apr. 15, 2010.

fishing_nets5, Apr. 15, 2010; fishing_nets6, Apr. 15, 2010; fishing_nets7, Apr. 15, 2010; fishing_nets8, Apr. 15, 2010; fishing_nets9, Apr. 15, 2010; fishing_nets10, Apr. 15, 2010; fishing_nets11, Apr. 15, 2010; fishing_nets12, ropes2, Apr. 15, 2010; old_industry1, Apr. 15, 2010; serie_sign2, Apr. 15, 2010.

anchor1, Apr. 15, 2010; pay_phone1, Apr. 15, 2010; fried_potatoes, Apr. 30, 2010; fireplace1, May 19, 2010; fireplace2, May 19, 2010; fireplace3, May 19, 2010; fireplace_wine1, May 19, 2010; fireplace_wine2, May 19, 2010; fireplace4, May 19, 2010; fireplace5, May 19, 2010; fireplace6, May 19, 2010.

fireplace7, May 19, 2010; fireplace8, May 19, 2010; fireplace9, May 19, 2010; priority_sign1, May 19, 2010;

bobber1, May 19, 2010; bobber2, May 19, 2010; bobber3, May 19, 2010; bobber4, May 19, 2010; row_boat1, May 19, 2010; row_boat2, May 19, 2010; row_boat3, May 19, 2010; row_boat4, May 19, 2010.

russian_blue6, May 19, 2010; cake1, May 19, 2010; cake2, May 19, 2010; mau1, May 30, 2010; mau2, May 30, 2010; mau6, May 30, 2010; mau7, May 30, 2010; mau8, May 30, 2010; mau10, May 30, 2010; mau11, May 30, 2010; mau12, May 30, 2010; mau13, May 30, 2010; seagull7, June 8, 2010; seagull8, June 8, 2010; sailing, June 8, 2010.

rowan2, June 8, 2010; rowan1, June 8, 2010; shoe_pants3, June 8, 2010; shoe_pants2, June 8, 2010; shoe_pants1, June 8, 2010; birch2, June 8, 2010; birch3, June 8, 2010; tulips1, June 8, 2010; tulips2, June 8, 2010; tulips3, June 8, 2010; tulips4, June 8, 2010; tulips5, June 8, 2010; tulips6, June 8, 2010.

tulips7, June 8, 2010; tulips8, June 8, 2010; tulips9, June 8, 2010; tulips10, June 8, 2010; tulips11, June 8, 2010; tulips12, June 8, 2010; tulips13, June 8, 2010; tulips14, June 8, 2010; tulips15, June 8, 2010; tulips16, June 8, 2010; tulips17, June 8, 2010; tulips18, June 8, 2010; tulips19, June 8, 2010.

tulips20, June 8, 2010; classic_car1, classic_car2, June 8, 2010; classic_car3, June 8, 2010; classic_car4, June 8, 2010; classic_car5, June 8, 2010; classic_car6, June 8, 2010; classic_car7, June 8, 2010; classic_car8, June 8, 2010; classic_car9, June 8, 2010; classic_car10, June 8, 2010; classic_car11, June 8, 2010.

climbing1, June 8, 2010; climbing2, June 8, 2010; climbing3, June 8, 2010; climbing4, June 8, 2010; climbing5, June 8, 2010; climbing6, June 8, 2010; climbing7, June 8, 2010; climbing8, June 8, 2010; climbing9, June 8, 2010; climbing10, June 8, 2010; climbing11, June 8, 2010; climbing12, June 8, 2010.

climbing13, June 8, 2010; climbing14, June 8, 2010; climbing15, June 8, 2010; climbing16, June 8, 2010; climbing17, June 8, 2010; climbing18, June 8, 2010; climbing19, June 8, 2010; climbing20, June 8, 2010; climbing21, June 8, 2010; climbing22, June 8, 2010; climbing23, June 8, 2010; climbing24, June 8, 2010.

climbing25, June 8, 2010; climbing26, June 8, 2010; climbing27, June 8, 2010; climbing28, June 8, 2010; climbing29, June 8, 2010; climbing30, June 8, 2010;

climbing31, June 8, 2010; climbing32, June 8, 2010; climbing33, June 8, 2010; climbing34, June 8, 2010; climbing35, June 8, 2010; climbing36, June 8, 2010. climbing37, June 8, 2010; climbing38, June 8, 2010; climbing39, June 8, 2010; climbing40, June 8, 2010; climbing41, June 8, 2010; climbing42, June 8, 2010; climbing43, June 8, 2010; climbing44, June 8, 2010; climbing45, June 8, 2010; climbing46, June 8, 2010; climbing47, June 8, 2010; climbing48, June 8, 2010. climbing49, June 8, 2010; climbing50, June 8, 2010; climbing51, June 8, 2010; climbing51, June 8, 2010; climbing52, June 8, 2010; climbing53, June 8, 2010; climbing54, June 8, 2010; climbing55, June 8, 2010; climbing56, June 8, 2010; climbing57, swan1, June 8, 2010; swan2, June 8, 2010; finnish_flag3, June 11, 2010. tuomiokirkko5, June 11, 2010; tuomiokirkko6, June 11, 2010; helsinki_skyline1, June 11, 2010; cruise_liner2, June 22, 2010; motox1, June 22, 2010; motox2, June 22, 2010; motox3, June 22, 2010; direction_sign1, June 22, 2010; direction_sign2, June 22, 2010; direction_sign3, June 22, 2010; lochem_kerk2, June 22, 2010.

lochem_street1, June 22, 2010; bumblebee10, June 22, 2010; waterlilly.jpg, June 22, 2010; park_sign1, June 22, 2010; park_sign2, June 22, 2010; park_sign3, June 22, 2010; biobins, June 22, 2010; amsterdam_canal1, June 22, 2010; amsterdam_canal2, June 22, 2010; tram1, June 22, 2010; amsterdam_canal3, June 22, 2010. amsterdam_canal4, June 22, 2010; statue_amsterdam, June 22, 2010; dog_poop_sign, June 22, 2010; park_tow_sign, June 22, 2010; moses_aaron_church, June 22, 2010; amsterdam_canal5, June 22, 2010; amsterdam_canal6, June 22, 2010; amsterdam_canal7, June 22, 2010; amsterdam_canal8, June 22, 2010; no_alcohol_sign, June 22, 2010. bike_bridge1, June 22, 2010; bike_bridge2, June 22, 2010; bike_bridge3, June 22, 2010; bike_bridge4, June 22, 2010; tram2, June 22, 2010; cafe_de_raedt2, June 22, 2010; cafe_de_raedt1, June 22, 2010; direction_sign4, June 22, 2010; direction_sign5, June 22, 2010; billiards1, June 22, 2010; billiards2, June 22, 2010. billiards3, June 22, 2010; billiards4, June 22, 2010; billiards5, June 22, 2010; billiards6, June 22, 2010; street_cobblestones,

June 22, 2010; historic_facade, June 22, 2010; city_wall1, June 22, 2010; wijnhuistoren1, June 22, 2010; wijnhuistoren2, June 22, 2010; market_stand_cheese, June 22, 2010.

city_wall3, June 22, 2010; thomas_drogenap, June 22, 2010; st_walburgis_church1, June 22, 2010; st_walburgis_churc2, June 22, 2010; city_wall4, June 22, 2010; city_wall2, June 22, 2010; war_monument, June 22, 2010; broad_bodied_chaser3, June 22, 2010; broad_bodied_chaser4, June 22, 2010; broad_bodied_chaser5, June 22, 2010.

cow1, June 22, 2010; cow2, June 22, 2010; horse2, June 22, 2010; horse1, June 22, 2010; waste_bins, June 22, 2010; pasture, July 2, 2010; grass_piles1, July 2, 2010; grass_piles2, July 2, 2010; bar_drinks, July 25, 2010; spike11, July 25, 2010; spike7, July 25, 2010; spike8, July 25, 2010; spike9, July 25, 2010.

spike10, July 25, 2010; garden_terrace, July 25, 2010; blueberries1, Aug. 3, 2010; blueberries2, Aug. 3, 2010; blueberries3, Aug. 3, 2010; wheat_field_tracks1, Aug. 3, 2010; wheat_field_tracks2, Aug. 3, 2010; wheat_field_farm1, Aug. 3, 2010; wheat_field_farm2, Aug. 3, 2010; wheat_field_farm3, Aug. 3, 2010.

wheat_field, Aug. 3, 2010; spike12, Aug. 3, 2010; spike13, Aug. 3, 2010; spike14, Aug. 3, 2010; spike15, Aug. 3, 2010; spike16, Aug. 3, 2010; crayfish1, Aug. 10, 2010; crayfish2, Aug. 10, 2010; crayfish3, Aug. 10, 2010; lightning1, Aug. 10, 2010; lightning2, Aug. 10, 2010; kitchen1, Aug. 10, 2010; kitchen2, Aug. 10, 2010.

money1, Aug. 19, 2010; money2, Aug. 19, 2010; money3, Aug. 19, 2010; money4, Aug. 19, 2010; money5, Aug. 19, 2010; money6, Aug. 19, 2010; coffee1, Aug. 19, 2010; coffee2, Aug. 19, 2010; suomenlinna_church, brick_arch, Aug. 19, 2010; augustin_ehrensvard, Aug. 19, 2010; sparrow2, Aug. 19, 2010; sparrow3, Aug. 19, 2010.

cannon1, Aug. 19, 2010; cannon2, Aug. 19, 2010; cannon3, Aug. 19, 2010; kings_gate_suomenlinna, Aug. 19, 2010; cruise_liner3, Aug. 19, 2010; cruise_liner4, Aug. 19, 2010; door_decoration1, Aug. 19, 2010; door_decoration2, Aug. 19, 2010; pikk14, Aug. 19, 2010; st_olavs_church, Aug. 19, 2010.

russian_orthodox_tallinn1, Aug. 19, 2010;

russian_orthodox_tallinn2, Aug. 19, 2010; riigikogu, Aug. 19, 2010; door_shield1, Aug. 19, 2010; door_shield2, Aug. 19, 2010; door_shield3, Aug. 19, 2010; door_shield4, Aug. 19, 2010; street_artists, Aug. 19, 2010; pickpocketers_sign, Aug. 19, 2010; sitting_woman, Aug. 19, 2010.

tower_wall, Aug. 19, 2010; accident, Aug. 30, 2010; soap_bubble, Aug. 30, 2010; miss_world, Aug. 30, 2010; police_horse, Aug. 30, 2010; iron_smith, Aug. 30, 2010; falun_gong1, Aug. 30, 2010; falun_gong2, Aug. 30, 2010; empty_cage, Aug. 30, 2010; fireplace10, Aug. 30, 2010; teddybear9, Aug. 30, 2010.

sunset_electricity_tower1, Sep. 10, 2010; sunset_electricity_tower2, Sep. 10, 2010; fireworks8, Sep. 10, 2010; fireworks9, Sep. 10, 2010; fireworks10, Sep. 10, 2010; fireworks11, Sep. 10, 2010; sunflowers1, Sep. 10, 2010; sunflowers2, Sep. 25, 2010; sunflowers3, Sep. 25, 2010; sunflowers4, Sep. 25, 2010.

sunflowers5, Sep. 25, 2010; sunflowers6, Sep. 25, 2010; sunflowers7, Sep. 25, 2010; salad, Sep. 25, 2010; iron_steam, Sep. 25, 2010; tempeliaukionkirrko-1, Sep. 25, 2010; path_forest, Oct. 10, 2010; milkcap1, Oct. 10, 2010; milkcap2, Oct. 10, 2010; fall_trees1, Oct. 22, 2010; fall_trees2, Oct. 22, 2010.

fall_trees_reflections, Oct. 22, 2010; fall_leaves4, Oct. 22, 2010; fall_leaves5, Oct. 22, 2010; fall_leaves6, Oct. 22, 2010; fall_leaves8, Oct. 22, 2010; fall_leaves7, Oct. 22, 2010; steam_explosion, Oct. 22, 2010; direction_signs1, Oct. 22, 2010; direction_signs2, Oct. 22, 2010; vacuum_cleaner, Oct. 31, 2010.

russian_blue23, Nov. 12, 2010; ibuprofen, Nov. 20, 2010; heart_thread, Nov. 20, 2010; russian_blue22, Nov. 20, 2010; grey_sock, Nov. 29, 2010; black_toe_sock, Nov. 29, 2010; stream_winter3, Nov. 29, 2010; birch_forest2, Nov. 29, 2010; flubenol, Nov. 29, 2010; stream_ice1, Nov. 29, 2010; stream_ice2, Nov. 29, 2010.

stream_ice3, Nov. 29, 2010; stream_ice4, Nov. 29, 2010; stream_ice5, Nov. 29, 2010; stream_ice6, Nov. 29, 2010; stream_ice7, Nov. 29, 2010; stream_ice8, Nov. 29, 2010; beer_cans, Dec. 2, 2010; snowy_treetops2, Dec. 12, 2010; snow_forest_path, Dec. 12, 2010; drop1, Dec. 12, 2010; drop2, Dec. 12, 2010; drop3, Dec. 12, 2010.

drop4, Dec. 12, 2010; drop5, Dec. 12, 2010; drop6, Dec. 12,

2010; finnish_cabin, Dec. 19, 2010; sunset_forest_path, Dec. 19, 2010; snowy_treetops1, Dec. 19, 2010; sunset_grass, Dec. 19, 2010; lipstick, Dec. 28, 2010; winter_tree1, Dec. 31, 2010; winter_tree2, Dec. 31, 2010.

**Names:** Enzerink, Marinus Arnold



| **Save, Print and Email (Help Page)** ||
| Select Download Format [Full Record ⇅] [Format for Print/Save] ||
| Enter your email address: [ ] [Email] ||

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page